IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SANTRA LAVONNE RUCKER,     )
                                                     )
     Plaintiff,               )
v.                                            )     Civil Action No. 3:14CV740–HEH
                                                     )
UNKNOWN,                  )
                                                     )
     Defendant.           )

## MEMORANDUM OPINION
(Dismissing Civil Rights Action Without Prejudice)

By Memorandum Order entered on November 13, 2014, the Court conditionally docketed Plaintiff's action. The Court directed Plaintiff to return her *in forma pauperis* affidavit and affirm her intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return the *in forma pauperis* affidavit and the consent to collection of fees form. As a result, she does not qualify for *in forma pauperis* status. Furthermore, she has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.[1]

---

[1] To the extent Plaintiff seeks to report alleged criminal activity in her place of incarceration as a means to receive a sentencing reduction for substantial assistance, only the United States may

An appropriate Order shall issue.

                                                    /s/

                                       HENRY E. HUDSON

Date: Dec. 30 2014            UNITED STATES DISTRICT JUDGE
Richmond, Virginia

---

move for such a reduction. Moreover, Plaintiff fails to identify a procedural vehicle that would allow the Court to revisit her sentence at this late juncture.

2